SEALED

E-FILED
Wednesday, 27 April, 2022 03:08:17 PM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

APR 26 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America
v.

Demetrius S. Washington

*Defendant(s)*

Case No. 22-MJ-3071

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 17, 2022__ in the county of __Sangamon__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922g | Possession of Firearm by a Prohibited Person - Felon |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

s/James Tolliver

*Complainant's signature*

Special Agent James Tolliver, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 26, 2022

s/Karen L. McNaught
*Judge's signature*

City and state: Springfield, Illinois

Honorable Karen L. McNaught, Magistrate Judge
*Printed name and title*




APR **2 6** 2022

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,     )
                              )
    Plaintiff,                )
                              )
    v.                        )   Case No. 22-MJ-3071
                              )   VIO: 18 USC § 922
                              )   Filed Under Seal
                              )
Demetrius S. Washington       )
                              )
    Defendant.                )

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND REQUEST FOR ARREST WARRANT

I, Special Agent James Tolliver, being duly sworn on oath, depose and state as follows:

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives for approximately the last 8 years, and have had approximately 10 years of previous law enforcement experience as an Atlanta, Georgia Police Officer. Currently, I am assigned to the Springfield, Illinois Group I Field Office of the Chicago Field Division. My assigned territory includes Sangamon County within the jurisdiction of the United States District Court for the Central District of Illinois, Springfield Division. My assigned duties include the investigation of federal criminal offenses pertaining to

firearms including the offense of a person, having previously been convicted of an offense for which that person could have been sentenced to a term of imprisonment of more than one year, knowingly possessing a firearm in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1) and of federal criminal offenses pertaining to controlled substances including the offense of a person knowingly or intentionally possessing with intent to distribute, or distributing, a controlled substance, in violation of 21 U.S.C. § 841(a)(1). I am also a trained expert in the interstate nexus of firearms.

2. This affidavit is made in support of a criminal complaint charging Demetrius S. Washington, born February 24, 1996, with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). A warrant for the arrest of Demetrius S. Washington (hereinafter "Washington") is requested.

3. I am familiar with the following facts from reliable information officially provided to me by other law enforcement agents. If called to testify, I would testify as follows:

4. On or about March 17, 2022, at approximately 11:20 a.m., Sergeant Justin Spaid (Sgt. Spaid) of the Springfield, IL Police

Department (SPD) was contacted by Keith Kinney of the U.S. Marshals Great Lakes Regional Fugitive Task Force (Marshals). Marshal Kinney indicated he had located Washington's vehicle at 430 West Hay Street. Washington's vehicle was an orange Toyota Rav4 that was registered to him and his girlfriend, Kalista Payne (Payne). Additionally, 430 West Hay Street, Apt #5, Springfield, Illinois had been identified as a residence where Kalista Payne was known to have utilities in her name. At the time, Washington had warrants for his arrest out of Sangamon County for the Illinois felony offenses of Armed Habitual Criminal and Unlawful Possession of a Weapon by a Convicted Felon. Washington has two separate robbery convictions out of Cook County, cases 12CR0917501 for Armed Robbery and 16CR020110 for Robbery.

5. On the same day, the Marshals approached 430 West Hay Street, Apt #5 and announced themselves at the door. Due to no one opening the door, the Marshals forced entry into the residence. Washington was located and arrested without incident. Payne was also present at that time.

6. At the time of the arrest, Washington was not wearing pants. Washington requested the Marshals grab his red sweatpants,

3

which they did. Inside of the pocket of the red sweatpants, Marshals located a set of keys and a key FOB to a Toyota vehicle.

7. After Washington's arrest, Sgt. Spaid spoke to Payne. Sergeant Spaid asked if Payne had any firearms in her apartment and she stated, "not that I know of." Sgt. Spaid asked if Washington lived with her. Payne said he did not but stated he did spend the night sometimes. During Washington's arrest, the Marshals observed a black safe in Payne's bedroom and had relayed this to Sgt. Spaid. When asked about the safe, Payne stated it belonged to Washington and was the only item of his he stores at her apartment. Payne knew Washington to keep paperwork inside of it, but did not know the code. Zach Robson of the Marshal's Task Force informed Sgt. Spaid that on Washington's Facebook profile, he was pictured several times holding

firearms, including a Glock pistol with a drum magazine.



8. Sgt. Spaid located the safe in Payne's bedroom and pulled it from the shelf, a heavy item shifting inside as he did so. The safe had large mounting holes in the back. This allowed officers to see into it without opening it. Officers observed there was a firearm with a drum magazine and paperwork inside. Sgt. Spaid also located four bags

5

containing cannabis on the bedroom nightstand. Payne stated the bags of cannabis belonged to Washington.

9. Subsequently, Sgt. Spaid removed the safe and applied for and obtained a state search warrant for its contents. Sgt. Spaid opened the safe, using a key on Washington's key ring and located a Glock, 43X, 9mm, semi-automatic pistol, serial #BPTR338 (the firearm). It should be noted, the firearm bears similarity to the firearm Washington was seen holding on his Facebook page. There was a 50-round drum magazine attached to the firearm, which contained 22 rounds of ammunition at the time. There were also other documents belonging to Washington in the safe, namely his state ID, birth certificate, social security card, Netspend Visa debit card, medical bills, paperwork from the Sangamon County Circuit Clerk's Office, and paperwork from JBS Beardstown, where Washington is employed. Several other items related to Washington were located at the residence, such as keys to the front door, keys to the Toyota Rav4 outside, Washington's cellphone, and a few items of men's clothing.

10. Sgt. Spaid and Officer (Ofc.) Hughes later traveled to Sangamon County jail to speak to Washington. Prior to speaking to him, officers read Washington his Miranda rights and he stated he

understood them. Washington denied possession of the safe (stated there were two safes that both belonged to Payne). However, he stated he sometimes puts paperwork in the safe if it is open. Later in the interview, Washington changed his story, stating the safe is always locked and he puts the paperwork on top of the safe for Payne to later put inside for him. It should be noted, Washington had the key to the safe in question on his key ring.

11. During the interview, Washington admitted to other incidents of criminal behavior, such as handling firearms at a business called Scheels, located in Springfield, Illinois, while there with his little brother "Duke" (it is reported he pointed the firearms at people) and fleeing from police in a vehicle because he was "smoking."

12. SPD later test fired the recovered firearm and on March 28, 2022, SPD was notified that the firearm had preliminary matches from the National Integrated Ballistics Information Network (NIBIN), commonly called a NIBIN lead. Two of these NIBIN leads were linked to two shootings in Chicago, IL. Additionally, the firearm was linked to a shots fired call at 1529 E. Cook St. on October 5, 2021 (SPD case #S21-76646), which was captured on surveillance video. SPD officers

had already identified Washington as being present at the scene of the shooting using that video.

13. Based upon the above information, there is probable cause to believe that Demetrius S. Washington has committed the crime of felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

REQUEST FOR SEALING

14. I further request that the Court order that all documents in support of this application, including the affidavit and complaint, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the safety of officers.

s/James L. Tolliver

James L. Tolliver, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and sworn before me
this 26th day of April, 2022

s/Karen L. McNaught

KAREN L. MCNAUGHT
UNITED STATES MAGISTRATE JUDGE